Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Admitted Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

| | |
|---|---|
| MICHAEL FISH, DIANE FISH and FRED MAYER. <br><br> Plaintiffs, <br><br> V. <br><br> PRINCESS CRUISE LINES LTD. <br><br> Defendant. | CASE NO.: 2:20-cv-03894-DSF-JC <br><br> PLAINTIFFS' NOTICE OF SETTLEMENT <br><br> Judge: Hon. Dale S. Fischer <br> Magistrate: Hon. Jacqueline Chooljian |

COMES NOW, the Plaintiffs, MICHAEL FISH, DIANE FISH and FRED MAYER, and hereby files this, their Notice of Settlement.   The parties reached a settlement of this matter.

DATED:     August 16, 2021

1

| | |
|---|---|
| 1 | |
| 2 | Michael A. Simmrin |
| | SIMMRIN LAW GROUP |
| 3 | 3500 W. Olive Avenue, Suite 300 |
| 4 | Burbank, CA 91505 |
| | Tel.:  (818) 827-7171 |
| 5 | |
| 6 | |
| | By  _/s/ Michael A. Simmrin_____ |
| 7 |        MICHAEL A. SIMMRIN |
| 8 |        California Bar No. 238092 |
| 9 | Debi F. Chalik (admitted Pro Hac Vice) |
| 10 | CHALIK AND CHALIK, P.A. |
| | Attorneys for Plaintiff |
| 11 | 10063 N. W. 1st Court |
| 12 | Plantation, Florida 33324 |
| | Tel.:  (954) 476-1000 |
| 13 | |
| 14 | By  _/s/ Debi F. Chalik_____ ___ |
| |        DEBI F. CHALIK |
| 15 |        Florida Bar No. 179566 |

2